# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA et al.,

      *Plaintiffs-Appellees-Cross-Appellants*,

    v.

GOOGLE LLC,

      *Defendant-Appellant-Cross-Appellee*.

No. 26-5047

Consolidated with
Nos. 26-5023, 26-5049

## STATEMENT OF ISSUE TO BE RAISED ON CROSS-APPEAL

In the underlying action, Plaintiffs-Appellees-Cross-Appellants the United States of America, the State of Arkansas, the State of California, the State of Florida, the State of Georgia, the State of Indiana, the Commonwealth of Kentucky, the State of Louisiana, the State of Michigan, the State of Missouri, the State of Montana, the State of South Carolina, the State of Texas, and the State of Wisconsin filed suit to enjoin Defendant Google LLC's violations of Section 2 of the Sherman Act, 15 U.S.C. § 2. Google has appealed the judgment below. The question presented on the cross-appeal is:

Whether, having determined that Google unlawfully monopolized the general search and general search text advertising markets in violation of Section 2 of the Sherman Act, the district court erred in deciding not to prohibit Google from making search-related payments to distributors.

Dated: March 2, 2026

Respectfully submitted,

*s/    Matthew A. Waring*

DANIEL E. HAAR
NICKOLAI G. LEVIN
PATRICK M. KUHLMANN
MATTHEW A. WARING
  *Attorneys*
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
950 Pennsylvania Ave., N.W.
Room 3224
Washington, D.C. 20530-0001
(202) 532-4186
matthew.waring@usdoj.gov

*Counsel for the United States*

*/s/ Lee Istrail*
James Uthmeier, Attorney General
Lee Istrail, Assistant Attorney General
R. Scott Palmer, Special Counsel, Complex Enforcement Chief
Office of the Attorney General, State of Florida
PL-01 The Capitol
Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com

*Counsel for the State of Florida*

*/s/ Carolyn D. Jeffries*
Rob Bonta, Attorney General
Paula L. Blizzard, Senior Assistant Attorney General
Michael W. Jorgenson, Supervising Deputy Attorney General
Brian D. Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney General
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for the State of California*

*/s/ Diamante Smith*
Ken Paxton, Attorney General
Brent Webster, First Assistant
Attorney General
Ralph Molina, Deputy First
Assistant Attorney General
Austin Kinghorn, Deputy
Attorney General for Civil
Litigation
Thomas York, Division Chief,
Antitrust Division
Diamante Smith, Assistant
Attorney General, Antitrust
Division
Office of the Attorney General,
State of Texas
P.O. Box 12548
Austin, Texas 78711-2548
Diamante.Smith@oag.texas.gov

*Counsel for the State of Texas*

*/s/ Amanda J. Wentz*
Amanda J. Wentz
Assistant Attorney General
Office of the Arkansas Attorney
General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Amanda.Wentz@ArkansasAG.gov

*Counsel for the State of Arkansas*

*/s/ Logan Winkles*
Chris Carr, Attorney General
Logan Winkles, Deputy Attorney
General
40 Capitol Square SW
Atlanta, GA 30334
lwinkles@law.ga.gov

*Counsel for the State of Georgia*

*/s/ Scott L. Barnhart*
Theodore Edward Rokita, Attorney
General
Scott L. Barnhart, Chief Counsel
and Director, Consumer Protection
Division
Office of the Attorney General,
State of Indiana
Indiana Government Center South,
Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Scott.Barnhart@atg.in.gov
Jesse.Moore@atg.in.gov

*Counsel for the State of Indiana*

/s/ Jonathan E. Farmer
Jonathan E. Farmer
Deputy Executive Director of
Consumer Protection
Office of the Attorney General of
Kentucky
1024 Capital Center Drive, Suite
200
Frankfort, KY 40601
Jonathan.Farmer@ky.gov

*Counsel for the Commonwealth of Kentucky*

/s/ Asyl Nachabe
Liz Murrill, Attorney General
Asyl Nachabe, Assistant Attorney
General
Office of the Attorney General
State of Louisiana
Public Protection Division
909 Poydras St. Suite 1850
New Orleans, LA 70112
NachabeA@ag.louisiana.gov

*Counsel for the State of Louisiana*

/s/ Scott Mertens
Dana Nessel, Attorney General
Scott Mertens, Assistant
Attorney General
Michigan Department of
Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for the State of Michigan*

Alison Esbeck*
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
Alison.Esbeck@ago.mo.gov
*Appearance forthcoming

*Counsel for the State of Missouri*

*/s/ Christian B. Corrigan*
Christian B. Corrigan
Solicitor General, State of Montana
Anna K. Schneider
Bureau Chief, Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Christian.Corrigan@mt.gov

*Counsel for the State of Montana*

*/s/ Gabe Johnson-Karp*
Joshua L. Kaul, Attorney General
Gabe Johnson-Karp, Assistant Attorney General
Wisconsin Department of Justice
17 W. Main St.
Post Office Box 7857
Madison, Wisconsin 53707-7857
gabe.johnson-karp@wisconsin.gov

*Counsel for the State of Wisconsin*

*/s/ Mary Frances G. Jowers*
Alan Wilson, Attorney General
Mary Frances G. Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for the State of South Carolina*

**CERTIFICATE OF SERVICE**

I certify that on March 2, 2026, I caused the foregoing to be filed through this Court's CM/ECF system, which will serve a notice of electronic filing on all registered users.

/s/ *Matthew A. Waring*

Matthew A. Waring
*Counsel for the United States*