ORAL ARGUMENT NOT YET SCHEDULED

**No. 26-5023**
**(Consolidated with Nos. 26-5047 & 26-5049)**

# United States Court of Appeals
# for the District of Columbia Circuit

UNITED STATES OF AMERICA, *ET AL.*,

*Plaintiffs-Appellees-Cross-Appellants,*

*v.*

GOOGLE LLC,

*Defendant-Appellant-Cross-Appellee.*

On Appeal from the United States District Court
for the District of Columbia, Nos. 20-cv-3010 & 20-cv-3715
Hon. Amit P. Mehta

## NOTICE OF INTENT TO FILE AMICUS BRIEF OF LAW & ECONOMICS SCHOLARS IN SUPPORT OF DEFENDANT-APPELLANT-CROSS-APPELLEE GOOGLE LLC

R. Benjamin Sperry
INTERNATIONAL CENTER FOR LAW
& ECONOMICS
1104 NW 15 AVE., STE 300
PORTLAND, OR 97209
(814) 724-5659
bsperry@laweconcenter.org
*Counsel for* Amici Curiae

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1 and 29(b), *amici curiae* certify that none of *amici* have any parent corporations and that no publicly held company owns 10% or greater ownership in any of *amici*.

## STATEMENT REGARDING CONSENT TO FILE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), counsel for *amici curiae* Law & Economics Scholars respectfully submits this notice to the Court of its intent to file a brief in support of Defendant-Appellant-Cross-Appellee in the above-captioned case. All parties in this matter have consented to their participation.

Pursuant to D.C. Circuit Rule 29(d), counsel for *amici* certifies that a separate brief is necessary because their brief presents a distinct perspective from those of the parties and other amici in this case regarding the underlying economics of the legal questions presented.

*Amici*'s scholarship addresses precisely the questions on which this appeal turns: how courts should distinguish competition on the merits from unlawful exclusion, how foreclosure ought to be measured in markets characterized by differentiated products and dynamic competition, and how Section 2 remedies ought to be designed in light of courts' institutional limits and the asymmetric costs of error.

*Amici* share an interest in ensuring that antitrust law promotes the public interest by remaining grounded in rules informed by sound economic analysis. The decisions below depart from settled economic

analysis in ways that, if affirmed, will generate substantial error costs across Section 2 doctrine and undermine the consumer-welfare orientation the antitrust laws are properly understood to require. *Amici* believes this brief would assist the Court in evaluating the economic issues directly relevant to the matter on appeal.

Dated: May 29, 2026                    Respectfully submitted,

                                       */s/ R. Benjamin Sperry*
                                       R. Benjamin Sperry
                                       INTERNATIONAL CENTER FOR LAW &
                                       ECONOMICS
                                       1104 NW 15 AVE., STE 300
                                       PORTLAND, OR 97209
                                       (814) 724-5659
                                       bsperry@laweconcenter.org
                                       *Counsel for* Amici Curiae

## CERTIFICATE OF SERVICE

I hereby certify that, on May 29, 2026, I electronically filed the foregoing Notice with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Court's CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Dated: May 29, 2026            */s/ R. Benjamin Sperry*
                                                 R. Benjamin Sperry