## No. 26-5023
## (Consolidated with Nos. 26-5047 & 26-5049)

IN THE
# United States Court of Appeals
# for the District of Columbia Circuit

UNITED STATES OF AMERICA, ET AL.,
Plaintiffs-Appellees–Cross-Appellants

v.

GOOGLE LLC,
Defendant-Appellant–Cross-Appellee

On Appeal from the
United States District Court for the District of Columbia
Civ. Nos. 20-3010 & 20-3715
Hon. Amit P. Mehta

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT
## OF GREGORY J. WERDEN
## TO FILE AN *AMICUS CURIAE* BRIEF
## IN SUPPORT OF APPELLANT AND REVERSAL

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

MAY 2 9 2026

RECEIVED

GREGORY J. WERDEN
1029 N. Stuart St. #310
Arlington, VA 22201
703-527-5128
gregwerden@gmail.com

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT
## TO PARTICIPATE AS *AMICUS CURIAE*

Gregory J. Werden intends to file an amicus brief in this appeal. All parties

have consented to the amicus participation of Gregory J. Werden.

Respectfully submitted,

Gregory J. Werden
1029 N. Stuart St. #310
Arlington, VA 22201
703-527-5128
gregwerden@gmail.com

May 29, 2026