# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5023** **September Term, 2026**

**1:20-cv-03010-APM**
**1:20-cv-03715-APM**

**Filed On:** October 9, 2026

United States of America, et al.,

Appellees

v.

Google LLC,

Appellant

------------------------------
Consolidated with 26-5047, 26-5049

**BEFORE:** Pillard, Wilkins, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the unopposed motion for leave to file under seal, and the joint motion to expedite oral argument, it is

**ORDERED** that the motion for leave to file under seal be granted. The Clerk is directed to file the sealed and redacted versions of Samsung Electronics Co.'s lodged amicus brief.

The Clerk is directed to calendar this case for oral argument on the first appropriate date in January 2027. The parties will be informed later of the date of oral argument and the composition of the merits panel.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk